UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 3:16-CR-16 |
| | § | |
| JOHN KEVIN WALDRIP | § | |

### O R D E R

Pending before the Court is the Defendant's Fourth Unopposed Motion for Continuance (Dkt. 26). In accordance with 18 U.S.C. § 3161, the basis for the continuance is the finding that the ends of justice served in granting such continuance outweigh the best interests of the public and the Defendant in a speedy trial.

The Court finds that, pursuant to 18 U.S.C. § 3161, a failure to grant continuance in this case would deny counsel for the Defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence and would thereby result in a miscarriage of justice for the Defendant.

The Defendant recites that there has been inadequate time to sufficiently prepare for trial. Denial of the reasonable time necessary for effective trial preparation is expressly enunciated in 18 U.S.C. § 3161 as a factor in determining that a continuance in the ends of justice would outweigh the public's interest in a speedy trial.

**IT IS HEREBY ORDERED** that the Defendant's Fourth Motion for Continuance (Dkt. 26) is **GRANTED**. A period of excludable delay shall commence from today,

May 9. 2017, pursuant to 18 U.S.C. § 3161, and June 7, 2017. It is further ORDERED that the Re-Arraignment is set for **June 7, 2017 at 9:30 a.m.**

SIGNED at Galveston, Texas, this 9th day of May, 2017.

_____
George C. Hanks Jr.
United States District Judge